# MAXIM MAXIMOV, LLP

### ATTORNEYS AT LAW

1600 AVE M • SECOND FLOOR
BROOKLYN • NEW YORK • 11230

EMAIL MMAXIMOV@MMAXIMOV.COM
TELEPHONE (718) 395-3459
FAX (718) 408-9570

November 7, 2012

**VIA ECF**
Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **RE:    Civil Action No. CV-12-3308**
> **Aharon Leiman v. Budzik & Dynia, LLC**

Dear Magistrate Judge Ramon E. Reyes, Jr.:

I represent the plaintiff in the above referenced matter and am informing the Court that the plaintiff has just accepted the defendant's offer of settlement.  Therefore, the plaintiff requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the plaintiff can be assured that the funds clear my escrow account. Thank you for the Court's consideration of the foregoing.

Very truly yours,

/s/

Maxim Maximov, Esq.