UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| AHARON LEIMAN on behalf of herself and all other similarly situated consumers | Index No. CV-12-3308 |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| -against- | |
| BUDZIK & DYNIA, LLC | |
| Defendant. | |

_____

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Brooklyn, New York
November 23, 2012

                                           __/s/_____
                                           Maxim Maximov, Esq.
                                           Maxim Maximov, LLP
                                           Attorney for the Plaintiff
                                           1600 Avenue M, 2nd Floor
                                           Brooklyn, NY 11230
                                           Office: (718) 395-3459
                                           Facsimile: (718) 408-9570
                                           E-mail: mmaximov@mmaximov.com