UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AHARON LEIMAN on behalf of herself and
all other similarly situated consumers

                        Plaintiff,

-against-

BUDZIK & DYNIA, LLC

                        Defendant.

Index No. CV-12-3308

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

      **IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Brooklyn, New York
       November 23, 2012

                                        /s/
                                    Maxim Maximov, Esq.
                                    Maxim Maximov, LLP
                                    Attorney for the Plaintiff
                                    1600 Avenue M, 2nd Floor
                                    Brooklyn, NY 11230
                                    Office: (718) 395-3459
                                    Facsimile: (718) 408-9570
                                    E-mail: mmaximov@mmaximov.com

*So Ordered.*
*s/NG*
*USDJ*
*11-28-12*

-1-